===========================================================================
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
<u>NORTHERN</u>  DIVISION
NO. <u>2:20-MJ-1102-BO</u>
===========================================================================

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         **<u>NOTICE OF HEARING</u>**

RICHARD G. SMITH

    Defendant.

_____
TYPE OF CASE:

                ___ Civil    _X___ Criminal    ___ 2255
_____

    TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME: | TYPE OF PROCEEDING: |
|---|---|
| December 7, 2020 at 10:00 a.m. | Initial Appearance, Arraignment and Trial |

| LOCATION OF HEARING | United States Courthouse<br>306 East Main Street<br>Elizabeth City, NC 27909 |
|---|---|

                                                PETER A. MOORE, JR.,
                                                Clerk of Court

8/25/2020                                     /s/Donna Rudd
Date                                             By: Deputy Clerk

TO:

Richard G. Smith (via US Mail at 1626 Chatsworth Ave, North Chesterfield, VA 23235)
Honorable Chief US District Judge Terrence W. Boyle (via electronic mail)
United States Probation (via electronic mail)
Aakash Singh (via CM/ECF Notice of Electronic Filing)